14.1

# AFFIRMATION OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOLEY SQUARE DIVISION**

Client's File No.: ____________

**Index Number:** **1:26-cv-07318**

**Date Filed:** **August 27, 2026**

MESIDOR PLLC 30 STATION ROAD, SUITE 5 BELLPORT, NY 11713

JOHN T. YOERGER,

*Plaintiff*

vs

DATADOG, INC.,

*Defendant*

**SECRETARY OF STATE**

**STEVE AVERY**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **9/15/2026** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Civil Action Summons, Complaint, Jury Demand and Designation of Trial Counsel**

on **DATADOG, INC.**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to and leaving with **DOMINIQUE BUMPUS** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.
That said service was made pursuant to

**Description:**
**Gender: Female** **Race/Skin: Black** **Age: 45** **Weight: 161-200 Lbs.** **Height: 5ft4in-5ft8in** **Hair: Black** **Glasses:No** **Other:**

I affirm this day September 15, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

STEVE AVERY
Server Lic #
JobID# 2671612