UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. YOERGER,

Plaintiff,

-against-

DATADOG, INC.,

Defendant.

26-CV- 07318 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff timely served Defendant with the summons and complaint in this matter on September 15, 2026, by delivering two copies of the summons and complaint on the Secretary of State of the State of New York. (*See* ECF 6.) Plaintiff is further directed to serve a copy of the summons, complaint, and this Order on Defendant by mail at its last known physical address and email address by **September 23, 2026** and to file proof of such service on the docket by **September 23, 2026**.

DATED: September 21, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**