**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN T. YOERGER,

Plaintiff,

vs.

DATADOG, INC.,

Defendant.

Case No.: 26-CV-7318

DECLARATION OF SERVICE

I, Shayonna Valentin, hereby declare that I am over eighteen years of age and not a party to this action. On September 22, 2026, I served the Complaint (Dkt No. 1), Issued Summons (Dkt. No. 4) and Order (Dkt. No. 7) on the defendant in the above-captioned matter by sending true copies via FedEx and email to the following individual(s):

Datadog
Attn: Legal
620 8th Ave, 45 Floor
New York, New York 10018

kerry.acocella@datadoghq.com
steph.fox@datadoghq.com
legal@datadoghq.com

I declare under penalty of perjury the foregoing to be true and correct.

Dated: September 23, 2026
New York, New York

________________________
Shayonna Valentin
Mesidor PLLC