UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN T. YOERGER,

Plaintiff,

vs.

DATADOG, INC.,

Defendant.

Case No. 1:26-CV-07318

**NOTICE OFAPPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendant Datadog, Inc. ("Datadog") in the above-captioned matter and requests that all papers in connection with the above-captioned matter be served upon the undersigned at the address listed below.

Dated: September 30, 2026

*_/s/ Karma O. Farra_*
Karma O. Farra

JACKSON LEWIS P.C.
666 Third Avenue – 28th Floor
New York, New York 10017
Phone: (212) 545-4000
Email: Karma.Farra@Jacksonlewis.com

ATTORNEY FOR DEFENDANT

Dated: September 30, 2026