**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
212-545-4015 Direct
Daniel.Schudroff@JacksonLewis.com

September 30, 2026

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District Court of New York
40 Foley Square, Courtroom 518
New York, New York 10007

**Re:** ***Yoerger v. Datadog, Inc.***
**1:26-cv-07318-VSB-RFT**

Dear Judge Broderick:

We represent Defendant Datadog, Inc. ("Defendant") in connection with the above-referenced action filed by John T. Yoerger ("Plaintiff"). Defendant writes with the consent of Plaintiff to respectfully request an extension until November 5, 2026, for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint.

The current deadline for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is October 6, 2026. There have been no previous requests for extensions of time to answer, move, or otherwise respond to Plaintiff's Complaint.

Defendant's Counsel respectfully requests this extension of time due to pre-existing work commitments during the month of October 2026.

We thank the Court for its attention to this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.

*/s/ Daniel D. Schudroff*
Daniel D. Schudroff, Esq.

cc: All counsel (via ECF)
The Honorable Robyn F. Tarnofsky

This motion for an extension of time to respond to the operative complaint falls within the scope of my reference. The motion is GRANTED, and Defendant shall have until **November 5, 2026** to respond to the operative complaint. The Clerk of Court is respectfully requested to terminate ECF 11.

Dated: October 1, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE