**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN T. YOERGER,<br>Plaintiff,<br>vs.<br>DATADOG, INC.,<br>Defendant. | Case No.: 1:26-cv-07318 |

**DEFENDANT DATADOG, INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1., the undersigned counsel for Defendant Datadog, Inc. ("Datadog") certifies that:

1. Datadog is a publicly-traded corporation (Nasdaq: DDOG).

2. Datadog has no parent corporation and no publicly-traded corporation owns 10% or more of its stock.

JACKSON LEWIS P.C.
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000

Dated: November 5, 2026
New York, New York

By: *s/ Daniel D. Schudroff*
Daniel D. Schudroff, Esq.
Karma O. Farra, Esq.