**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN YOERGER,<br><br>Plaintiff,<br><br>-against-<br><br>DATADOG, INC.,<br><br>Defendant. | No. 1:26-cv-07318 (VSB) (RFT)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Paul J. Boudreaux, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff John Yoerger in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Washington and California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, together with a certificate of good standing issued within the last 30 days for each state bar of which I am a member.

Dated: November 3, 2026

Respectfully submitted,

Applicant Signature: *Paul J. Boudreaux* ____________________
Applicant's Name: Paul J. Boudreaux
Firm Name: Late Knight Legal PLLC d/b/a Knight Legal PLLC
Address: PO Box 65367
City/State/Zip: University Place, WA 98464
Telephone/Fax: (253) 656-4475 / (253) 235-9696
Email: lateknightlegal@gmail.com
*Attorney for Plaintiff John Yoerger*