**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN YOERGER,<br><br>Plaintiff,<br><br>-against-<br><br>DATADOG, INC.,<br><br>Defendant. | No. 1:26-cv-07318 (VSB) (RFT)<br><br>**AFFIDAVIT OF PAUL J. BOUDREAUX IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

STATE OF WASHINGTON )
) ss.:
COUNTY OF PIERCE )

Paul J. Boudreaux, being duly sworn, deposes and says:

1. I am an attorney with Late Knight Legal PLLC d/b/a Knight Legal PLLC, counsel for Plaintiff John Yoerger in this action. I submit this affidavit pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, in support of my motion for admission to practice pro hac vice in this action. I have personal knowledge of the facts stated herein.

2. I am a member in good standing of the bar of the State of Washington, to which I was admitted in April 2015 (WSBA No. 49038), and of the bar of the State of California, to which I was admitted in May 2025 (State Bar No. 361908). I am also admitted to practice before the United States District Courts for the Western District of Washington and the Eastern District of Washington.

3. Attached hereto as Exhibit A is a certificate of good standing for each state in which I am a member of the bar, each issued within 30 days of the filing of this motion.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me in any state or federal court.

7. Because my responses to paragraphs 4 through 6 are negative, there are no facts or circumstances to disclose regarding any affirmative response.

8. If admitted, I will comply with the Local Rules of this Court, including the rules governing the discipline of attorneys, and I will promptly file a notice of appearance through the Court's ECF system.

[signature]
Paul J. Boudreaux

Signed and sworn to (or affirmed) before me on November 3rd, 2026, by Paul J. Boudreaux.

[signature]
Signature of Notary Public

Adrian H Valle
Printed Name
Notary Public in and for the State of Washington
My appointment expires: 11-19-2029

[NOTARY SEAL / STAMP]

ADRIAN H VALLE
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES 11-19-29
22001757

ADRIAN H VALLE
NOTARY PUBLIC
STATE OF WASHINGTON
COMMISSION EXPIRES
22001757
11-19-29

# EXHIBIT A

Certificates of Good Standing
Supreme Court of the State of Washington
Supreme Court of the State of California

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 49038 |
| OF | ) | **CERTIFICATE** |
| PAUL JACOB BOUDREAUX | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Clerk of the Supreme Court of the State of Washington, hereby certify

**PAUL JACOB BOUDREAUX**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on April 30, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 3rd day of November, 2026.

Sarah R. Pendleton
Supreme Court Clerk
Washington State Supreme Court

Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

# OF THE

# STATE OF CALIFORNIA

***PAUL JACOB BOUDREAUX***

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that PAUL JACOB BOUDREAUX, # 361908, was on the 7th day of May 2025, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 5th day of October 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:____________________________
*Biying Jia, Deputy Clerk*