**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN YOERGER,

Plaintiff,

-against-

DATADOG, INC.,

Defendant.

No. 1:26-cv-07318 (VSB) (RFT)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Paul J. Boudreaux, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Washington and California; and that his contact information is as follows (please print):

Applicant's Name: Paul J. Boudreaux
Firm Name: Late Knight Legal PLLC d/b/a Knight Legal PLLC
Address: PO Box 65367
City / State / Zip: University Place, WA 98464
Telephone / Fax: (253) 656-4475 / (253) 235-9696

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff John Yoerger in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: ____________________

____________________________________
United States District / Magistrate Judge